**Billy Ray SMITH, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 12–7066.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Billy Ray Smith, Appellant Pro Se.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Billy Ray Smith appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. United States,* No. 5:11–ct–03256–FL (E.D.N.C. June 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*